UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | |
| | : | Magistrate Number: 06-309 |
| | : | |
| | : | VIOLATION: |
| | : | |
| | : | Count One: |
| v. | : | 22 D.C. Code §§ 3221(a), 3222(a)(1) |
| | : | (First Degree Fraud) |
| | : | |
| | : | Count Two: |
| | : | 18 U.S.C. § 1343 |
| SANDY JONES | : | (Bank Fraud) |

## INFORMATION

The United States of America informs the Court that:

### COUNT ONE – FIRST DEGREE FRAUD

Introduction

1.      In 2003, JONES was the business manager of the Moten Center Special Education School, a District of Columbia public school. The Moten Center maintained a chess club ("Chess Club"), which consisted of students who competed against other schools in chess tournaments.

2.      In April 2003, the Moten Center sought to raise private funds so that the Chess Club could pay the expenses necessary to compete in the National Elementary School Chess Tournament, which was to take place in Nashville, Tennessee, on May 8-11, 2003. On April 29, 2003, the Washington Post published an article detailing the chess club's need to raise money for the tournament. The Chess Club received approximately $70,000 in private donations. Using some of this money, eleven Chess Club members attended the tournament.

3.      Donations to the Chess Club were deposited into a business savings account opened on its behalf at SunTrust Bank. JONES was one of three signatories on this account. On June 26, 2003, the funds from this account were transferred to a SunTrust checking account that was also maintained on behalf of the Chess Club. JONES was one of three signatories on this account, as well. Both accounts were maintained in Washington, D.C. branches of SunTrust.

The Scheme

4.      Beginning in May 2003 and continuing until November 2003, JONES stole approximately $30,000 from the Chess Club's bank accounts. JONES employed several means to obtain this money. Specifically, JONES: presented over-the-counter withdrawal slips to tellers at SunTrust banks and personally received cash from the bank; used the account's debit card to obtain cash from ATM machines; and wrote checks, payable to herself, and cashed them. On several of the checks that she cashed and withdrawal slips that she presented, totaling over $250, JONES forged the signatures of one of the other signatories on the SunTrust account. JONES did not have the authority to forge these signatures. JONES presented forged checks and withdrawal slips, totaling over $250, at Washington, D.C. branches of SunTrust bank. Also, on some of the checks that she cashed, totaling over $250, JONES wrote false memo line entries (such as "chess membership") designed to create the impression that she was cashing them for use by the Chess Club.

5.      JONES did not have the authority to convert to her own use any of the approximately $30,000 that she obtained from the chess club's bank accounts.

6.      From in or about May 2003 through in or about November 2003, in the District of Columbia, defendant SANDY JONES engaged in a scheme and systematic course of conduct with the intent to defraud and to obtain property of another, that is, money belonging to the

Moten Center Chess Club, by means of false and fraudulent pretenses, representations, and promises, as set forth above, and thereby obtained property of another and caused another to lose property, said property having a value of $250 or more.

**(Fraud in the First Degree, in violation of 22 D.C. Code §§ 3221(a), 3222(a)(1))**

## COUNT TWO – BANK FRAUD

7.   Paragraphs 1-5 of this Information are incorporated by reference as if set out in full.

8.   From in or about May 2003 through in or about November 2003, in the District of Columbia and elsewhere, defendant SANDY JONES knowingly executed and attempted to execute a scheme or artifice to obtain moneys under the custody and control of a financial institution insured by the Federal Deposit Insurance Corporation, that is, SunTrust Bank, by means of false and fraudulent pretenses, representations, and promises, as set forth above.

**(Bank Fraud, in violation of 18 U.S.C. § 1344(2))**

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Room 5836
Washington, DC 20001
(202) 514-7296
Email: howard.sklamberg@usdoj.gov