UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 07-293 (RWR) |
| **SANDY JONES,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is hereby

ORDERED that the defendant's guilty plea hearing be, and hereby is, SCHEDULED for November 28, 2007 at 3:30 p.m.

SIGNED this 9th day of November, 2007.

_____
RICHARD W. ROBERTS
United States District Judge