UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 07-293 |
| v. | : |
| | : |
| SANDY JONES | : |

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant SANDY JONES ("JONES") and the United States agree and stipulate as follows:

1. In 2003, JONES was the business manager of the Moten Center Special Education School, a District of Columbia public school. The Moten Center maintained a chess club ("Chess Club"), which consisted of students who competed against other schools in chess tournaments.

2. In April 2003, the Moten Center sought to raise private funds so that the Chess Club could pay the expenses necessary to compete in the National Elementary School Chess Tournament, which was to take place in Nashville, Tennessee, on May 8-11, 2003. On April 29, 2003, the Washington Post published an article detailing the chess club's need to raise money for the tournament. The Chess Club received approximately $70,000 in private donations. Using some of this money, eleven Chess Club members attended the tournament.

3. Donations to the Chess Club were deposited into a business savings account opened on its behalf at SunTrust Bank. JONES was one of three signatories on this account. On June 26, 2003, the funds from this account were transferred to a SunTrust checking account that was also maintained on behalf of the Chess Club. JONES was one of three signatories on this

account, as well. Both accounts were maintained in Washington, D.C. branches of SunTrust.

## The Scheme

4.      Beginning in May 2003 and continuing until November 2003, JONES stole approximately $30,000 from the Chess Club's bank accounts. JONES employed several means to obtain this money. Specifically, JONES: presented over-the-counter withdrawal slips to tellers at SunTrust banks and personally received cash from the bank; used the account's debit card to obtain cash from ATM machines; and wrote checks, payable to herself, and cashed them. On several of the checks that she cashed and withdrawal slips that she presented, totaling over $250, JONES forged the signatures of one of the other signatories on the SunTrust account. JONES did not have the authority to forge these signatures. JONES presented forged checks and withdrawal slips, totaling over $250, at Washington, D.C. branches of SunTrust bank. Also, on some of the checks that she cashed, totaling over $250, JONES wrote false memo line entries (such as "chess membership") designed to create the impression that she was cashing them for use by the Chess Club.

5.      JONES did not have the authority to convert to her own use any of the approximately $30,000 that she obtained from the chess club's bank accounts.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

*Howard R Sklamberg* (signature)

HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7296

**DEFENDANT'S ACCEPTANCE**

    I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that, based upon my personal knowledge and information provided to me which I believe to be accurate, it is true and correct.

Date: _____11/28/07_____   _____/s/ Sandy Jones_____
                                                                                                 SANDY JONES
                                                                                                 Defendant

    I have read this statement of offense and reviewed and discussed it with my client. I concur with his decision to stipulate to this Statement of Offense.

Date: _____11/28/07_____   _____/s/ Mary Manning Petras_____
                                                                                                MARY MANNING PETRAS, Esq.