IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 07-CR-293 (JWR) |
| SANDY JONES | : | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE**

Ms. Sandy Jones, through undersigned counsel, respectfully moves this Honorable Court for leave to late file a Memorandum in Aid of Sentencing. The memorandum was due on Friday, February 1, 2008. However, due to commitments in other matters, counsel was unable to file the memorandum by that date. The government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Ms. Jones respectfully requests leave to late file a Memorandum in Aid of Sentencing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004

IN **THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 07-CR-293 (JWR) |
| **SANDY JONES** | : | |

## ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File, it is this ___ day of February, 2008, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE RICHARD W. ROBERTS