UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 8 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-293</u> |
|---|---|---|
| vs. | : | |
| JONES, Sandy | : | Disclosure Date: <u>January 10, 2008</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
Prosecuting Attorney                                   Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
Defendant                    Date                   Defense Counsel                   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 24, 2008</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

January 29, 2007

Kelli Griffin Cave
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20004

BY FAX

Re:  United States v. Sandy Jones
     07-CR-293

Dear Ms. Cave:

I write to submit the following corrections to the Presentence Investigation Report prepared in the above referenced matter.

1. In paragraphs 29, please note that Ms. Jones's most recent test was negative.

2. I believe there is a typographical error on page 7, where there is a number 34, but no corresponding paragraph.

3. In paragraph 42, please note that under the Superior Court Guidelines, Ms. Jones is in the lowest recommended range and is eligible for probation or a suspended sentence.

4. In paragraph 43, the calculation of the applicable United States Sentencing Guidelines, if Ms. Jones had not entered a guilty plea, is incorrect. First, the adjustment under § 2B1.1(b)(8)(A) would not apply. As the Guideline itself requires and the examples in Application Note 7 demonstrate, this adjustment applies when a defendant represents that they are acting on behalf of a charity or educational organization in order to obtain a benefit. While Ms. Jones stole from a charitable or educational organization, she did not represent that she was obtaining a benefit on behalf of the charity in order to do so. Theft from a charity does not necessarily qualify for this adjustment and in this instance, Ms. Jones's conduct does not support

the adjustment. In addition, the abuse of trust adjustment (listed as 3E1.1, but presumably referring to 3B1.3) does not apply. Ms. Jones did not have the "substantial discretionary judgment" that is required for application of this section. She was more akin to the bank teller or hotel clerk referred to in application note 1 to § 3B1.3. Thus, Ms. Jones's offense level under the Guidelines would have been a level 9 (base offense level 7, plus 4 for the amount, minus 2 for acceptance of responsibility).

       Thank you for considering these corrections. If you have any questions, please give me a call.

Sincerely,

Mary Manning Petras

cc: AUSA Howard R. Sklamberg