UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                              )   Criminal Action No. 07-293 (RWR)<br>)<br>SANDY JONES,                   )<br>)<br>Defendant.              )<br>) | |

### ORDER AMENDING JUDGMENT AND COMMITMENT

Under Federal Rule of Criminal Procedure 36, it is hereby ORDERED that the February 20, 2008 Judgment and Commitment Order be, and hereby is, CORRECTED as follows. The defendant is sentenced to a term of imprisonment of 36 months, with the execution of the term suspended, and to a term of probation of 3 years with a condition that 25 days in jail be served on consecutive weekends beginning on September 26, 2008. All other conditions of probation and terms of the Judgment and Commitment Order remain in effect.

SIGNED this 15th day of August, 2008.

_____
RICHARD W. ROBERTS
United States District Judge